WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
*Attorneys for Defendant, Select Portfolio Servicing, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BEATRICE BAILIN, an individual, | Case No.: 2:14-cv-00678-GMN-PAL |
| Plaintiff, | **STIPULATION AND ORDER TO STAY DISCOVERY AND ALL DEADLINES** |
| vs. | |
| SELECT PORTFOLIO SERVICING, INC., a Utah Corporation, | |
| Defendants. | |

Defendant, Select Portfolio Servicing, Inc. ("Defendant"), by and through its attorneys of record, Dana Jonathon Nitz, Esq., and Natalie C. Lehman, Esq., of the law firm WRIGHT FINLAY & ZAK, LLP, and Plaintiff, Beatrice Bailin ("Plaintiff"), by and through her attorney of records, Mark J. Bourassa, Esq. and Trent L. Richards, Esq., of the BOURASSA LAW GROUP, LLC, and do hereby file the within Stipulation and allege and aver as follows:

1. Plaintiff filed the instant FDCPA matter against Defendant on or about May 1, 2014.
2. Plaintiff is 89 years of age and already in frail health.
3. Plaintiff recently suffered a serious fall resulting in numerous injuries and is currently hospitalized.
4. Defendant noticed the deposition of Plaintiff to be deposed on December 2, 2015.
5. Due to the nature of Plaintiff's injuries, she is unable to be deposed at this time.
6. Defendant has agreed to vacate Plaintiff's deposition at this time.

7. The parties have agreed to stay discovery in this matter for ninety (90) days to allow Plaintiff to recover from her injuries sufficiently to be deposed.
8. The parties further agree that all deadlines predicated upon the current discovery deadline shall be stayed.
9. Notwithstanding this stay, the deposition of Douglas Bailin, the Plaintiff's son, who holds her power of attorney, noticed for December 4, 2015, may go forward.
10. The deposition of Douglas Bailin shall proceed as noticed.
11. Notwithstanding this stay, nothing in this Stipulation will preclude any party from seeking more complete responses to discovery already served.

///

///

1  WHEREFORE, the parties hereby stipulate that discovery shall be stayed for ninety (90)
2  days and that all deadlines predicated upon the current discovery deadline shall be stayed.

4  DATED this 4th day of December 2015.

| WRIGHT, FINLAY & ZAK, LLP | THE BOURASSA LAW GROUP, LLC |
|---|---|
| *Natalie C. Lehman* | *[signature]* |
| Dana Jonathon Nitz, Esq. | Mark J. Bourassa, Esq. |
| Nevada Bar No. 0050 | Nevada Bar No. 7999 |
| Natalie C. Lehman, Esq. | Trent L. Richards, Esq. |
| Nevada Bar No. 12995 | Nevada Bar No. 11448 |
| 7785 W. Sahara Avenue, Suite 200 | 8668 Spring Mountain Road, Suite 101 |
| Las Vegas, Nevada 89117 | Las Vegas, Nevada 89117 |
| *Attorneys for Defendant, Select Portfolio Servicing, Inc.* | *Attorneys for Plaintiff* |

### ORDER

Based on the above and good cause appearing, IT IS SO ORDERED.

Dated this 4th day of January, 2016.

*[signature]*

**UNITED STATES MAGISTRATE JUDGE**

Case No. 2:14-cv-00678-GMN-PAL