WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
*Attorneys for Defendant, Select Portfolio Servicing, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BEATRICE BAILIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SELECT PORTFOLIO SERVICING, INC., a Utah Corporation,<br><br>Defendants. | Case No.: 2:14-cv-00678-GMN-PAL<br><br>**STIPULATION AND ORDER TO LIFT STAY OF FORECLOSURE** |

Defendant, Select Portfolio Servicing, Inc. ("Defendant"), by and through its attorneys of record, Dana Jonathon Nitz, Esq., and Natalie C. Lehman, Esq., of the law firm WRIGHT FINLAY & ZAK, LLP, and interested party, property occupant, and putative representative of the Estate of Beatrice Bailin, Douglas Bailin ("Mr. Bailin") by and through his attorneys of record, Mark J. Bourassa, Esq. and Trent L. Richards, Esq., of the BOURASSA LAW GROUP, LLC, and do hereby file the within Stipulation and allege and aver as follows:

WHEREAS, in response to Mr. Bailin's Emergency Motion for Stay of Foreclosure, this Court entered a Stay of Foreclosure by Minute Order entered on February 22, 2016, to last until April 22, 2016;

WHEREAS, Defendant and Mr. Bailin have come to an agreement regarding the foreclosure of the subject property, wherein Mr. Bailin does not oppose SPS going forward with the foreclosure;

WHEREAS, Mr. Bailin acknowledges that prior to Beatrice Bailin's death, he held her power of attorney and was fully aware of the impending foreclosure of the subject property by SPS, such that no prejudice will be incurred by the Estate of Beatrice Bailin in allowing foreclosure to proceed;

WHEREAS, the Defendant intends to pursue settlement of the instant action once a representative of the Estate of Beatrice Bailin has been appointed and foreclosure of the subject property will not impede settlement;

NOW WHEREFORE, in resolution of the subject property;

IT IS HEREBY STIPULATED AND AGREED that the Stay of Foreclosure is immediately lifted, with each party to bear their own fees/costs.

IT IS SO STIPULATED AND AGREED.

DATED this 14th day of April, 2016.

| WRIGHT, FINLAY & ZAK, LLP | THE BOURASSA LAW GROUP, LLC |
|---|---|
| */s/ Natalie C. Lehman*<br>Dana Jonathon Nitz, Esq.<br>Nevada Bar No. 0050<br>Natalie C. Lehman, Esq.<br>Nevada Bar No. 12995<br>7785 W. Sahara Avenue, Suite 200<br>Las Vegas, Nevada 89117<br>*Attorneys for Defendant, Select Portfolio Servicing, Inc.* | */s/*<br>Mark J. Bourassa, Esq.<br>Nevada Bar No. 7999<br>Trent L. Richards, Esq.<br>Nevada Bar No. 11448<br>8668 Spring Mountain Road, Suite 101<br>Las Vegas, Nevada 89117<br>*Attorneys for Substituted Plaintiff, Estate of Beatrice Bailin* |

## ORDER

Based on the above and good cause appearing, IT IS SO ORDERED.

Dated this 20 day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE
Case No. 2:14-cv-00678-GMN-PAL

Page 2 of 2