MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
**THE BOURASSA LAW GROUP, LLC**
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117
Telephone:  (702) 851-2180
Facsimile:   (702) 851-2189
Email:          mbourassa@bourassalawgroup.com
                    trichards@bourassalawgroup.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BEATRICE BAILIN, an individual | Case No.: 2:14-cv-00678-GMN-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE** |
| | **(Fourth Request)** |
| SELECT PORTFOLIO SERVICING, INC., a Utah corporation | |
| Defendant. | |

Plaintiff, BEATRICE BAILIN, by and through her attorneys of record, Mark J. Bourassa, Esq. and Trent L. Richards, Esq. of The Bourassa Law Group, LLC and Defendant, SELECT PORTFOLIO SERVICING, INC. ("SPS"), by and through its attorneys of record, Dana Jonathon Nitz, Esq. and Natalie C. Lehman, Esq. of Wright, Finlay & Zak, LLP and hereby stipulate and agree as follows:

1. This is the fourth stipulation to continue the Settlement Conference in this matter;

2. Plaintiff filed the instant FDCPA matter against Defendant on or about May 1, 2014;

3. On January 28, 2016, the Court set a Settlement Conference in this matter for March 18. 2016;

4. Plaintiff Beatrice Bailin died on February 4, 2016;

-1-

5. On March 17, 2016, the Court granted the parties' stipulation to continue the settlement conference in this matter to allow Plaintiff's estate to be substituted as the plaintiff. The Court continued the settlement conference to June 17, 2016 [ECF No. 44];

6. On June 16, 2016, the Court granted the parties' stipulation to continue the settlement conference in this matter a second time to allow Plaintiff's estate to be substituted as the plaintiff. The Court continued the settlement conference to July 6, 2016 [ECF No. 51];

7. Plaintiff's estate had a hearing on the Petition to Set Aside the Estate without Administration ("Petition") originally set for June 24, 2016;

8. The parties appeared for the hearing, however, the Court continued the hearing on the Petition due to insufficient documents;

9. On July 5, 2016, the Court granted the parties' stipulation to continue the settlement conference in this matter a third time to allow Plaintiff's estate to be substituted as the plaintiff. The Court continued the settlement conference to August 18, 2016 [ECF No. 54];

10. Hearings were thereafter scheduled for July 8, 2016 and July 22, 2016, both of which were taken off calendar for defects in the documents, and thus the Petition has not yet been heard by the Probate Court;

11. At this time, Plaintiff's Counsel and SPS intend to file a Joint Motion to Appoint Douglas Bailin as a Special Administrator, solely for the purpose of authorizing Douglas Bailin to enter into a settlement agreement on behalf of Plaintiff's Estate. The parties are drafting currently drafting the Joint Motion and hope to have it heard by the Probate Court soon.

12. As such, Plaintiff's Estate will not have an authorized representative available to attend the currently scheduled settlement conference hearing as an authorized representative will not be appointed until at least September, 2016.

13. Probate court hearings in the Eighth Judicial District Court of Nevada are only heard on Fridays at 9:30 a.m. and require two weeks notice. In this regards, Plaintiff is at the mercy of the Probate Court.

Therefore, IT IS HEREBY STIPULATED AND AGREED that the Settlement Conference should be continued to a date after September 23, 2016, to allow sufficient time for the Joint Motion to be heard by the Probate Court.

Dated the 9th day of August, 2016.               Dated the 9th day of August, 2016.

**THE BOURASSA LAW GROUP, LLC**                  **WRIGHT, FINLAY & ZAK, LLP**


  __/s/ Trent L. Richards, Esq._____       __/s/ Natalie C. Lehman, Esq._____
MARK J. BOURASSA, ESQ.                           DANA J. NITZ, ESQ.
Nevada Bar No. 7999                              Nevada Bar No. 0050
TRENT L. RICHARDS, ESQ.                          NATALIE C. LEHMAN, ESQ.
Nevada Bar No. 11448                             Nevada Bar No. 12995
8668 Spring Mountain Road, Suite 101             7785 W Sahara Ave., Suite 200
Las Vegas NV 89117                               Las Vegas NV 89117
*Attorneys for Plaintiff*                        *Attorneys for Defendant*

**IT IS ORDERED** that the settlement conference currently scheduled for August 18, 2016, at 1:30 p.m., is **VACATED** and **CONTINUED** to **October 19, 2016, at 9:30 a.m.**, in chambers Room 3071.

**IT IS FURTHER ORDERED** that confidential settlement statements shall be due to chambers no later than **4:00 p.m., October 12, 2016**.

Dated this 11th day of August, 2016.

_____
Peggy A. Leen
United States Magistrate Judge

-3-