WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
*Attorneys for Defendant, Select Portfolio Servicing, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BEATRICE BAILIN, an individual, | Case No.: 2:14-cv-00678-GMN-PAL |
| Plaintiff, | **STIPULATION AND ORDER TO VACATE SETTLEMENT CONFERENCE** |
| vs. | |
| SELECT PORTFOLIO SERVICING, INC., a Utah Corporation, | |
| Defendants. | |

Defendant, Select Portfolio Servicing, Inc. ("Defendant"), by and through its attorneys of record, Dana Jonathon Nitz, Esq., and Natalie C. Lehman, Esq., of the law firm WRIGHT FINLAY & ZAK, LLP, and the duly authorized Special Administrator of the Estate of Beatrice Bailin, Douglas Bailin ("Mr. Bailin") by and through his attorneys of record, Mark J. Bourassa, Esq. and Trent L. Richards, Esq., of the BOURASSA LAW GROUP, LLC, and do hereby file the within Stipulation to Vacate Settlement Conference:

WHEREAS, a Settlement Conference is currently scheduled for October 19, 2016 before Magistrate Judge Peggy A. Leen;

WHEREAS, Mr. Bailin has been duly authorized as a Special Administrator of the Estate of Beatrice Bailin (See **Exhibit "A"** attached hereto);

WHEREAS, the Defendant and Mr. Bailin have executed a Settlement Agreement in complete resolution of the instant case;

NOW WHEREFORE, in resolution of the instant case;

Page 1 of 2

1    IT IS HEREBY STIPULATED AND AGREED by Mr. Bailin and Defendant that, in light of the parties' agreement to settle this matter, the settlement conference currently scheduled for October 19, 2016 at 9:30am should be vacated.

   IT IS SO STIPULATED AND AGREED.

DATED this 12th day of October, 2016.

| WRIGHT, FINLAY & ZAK, LLP | THE BOURASSA LAW GROUP, LLC |
|---|---|
| /s/Natalie C. Lehman, Esq.<br>Dana Jonathon Nitz, Esq.<br>Nevada Bar No. 0050<br>Natalie C. Lehman, Esq.<br>Nevada Bar No. 12995<br>7785 W. Sahara Avenue, Suite 200<br>Las Vegas, Nevada 89117<br>*Attorneys for Defendant, Select Portfolio Servicing, Inc.* | /s/Trent L. Richards, Esq.<br>Mark J. Bourassa, Esq.<br>Nevada Bar No. 7999<br>Trent L. Richards, Esq.<br>Nevada Bar No. 11448<br>8668 Spring Mountain Road, Suite 101<br>Las Vegas, Nevada 89117<br>*Attorneys for Substituted Plaintiff,<br>Estate of Beatrice Bailin* |

**ORDER**

**Based on the above and good cause appearing, IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the parties shall have until November 18, 2016, to file a stipulation for dismissal, or a joint status report advising when the stipulation will be filed.

**Dated: October 14, 2016.**

_____
**UNITED STATES MAGISTRATE JUDGE**
**Case No. 2:14-cv-00678-GMN-PAL**

**EXHIBIT LIST**

| Letters of Special Administration | Exhibit A |
|---|---|

# EXHIBIT A

# Letters of Special Administration

LETT

## DISTRICT COURT
## CLARK COUNTY, NEVADA

In the Matter of the Estate of:

Case No. P-16-088341 E

LETTERS OF SPECIAL ADMINISTRATION

Deceased.

On the _07_ day of _October_, 20_16_, the Court entered an Order appointing _Douglas Bailin_ as Special Administrator of the Decedent's Estate. The Order includes:

☑ A directive for no bond;

☐ A directive for the establishment of blocked accounts;

☐ A directive for the posting of bond in the sum of $_____; or

☐ A directive for both the establishment of blocked accounts for sums in excess of $_____ and the posting of bond in the sum of $_____.

The Special Administrator, having duly qualified, may act and has the authority and duties of Special Administrator.

In testimony of which, I have this date signed these Letters and affixed the seal of the Court.

CLERK OF COURT
By: _____
    Deputy Clerk       Date

OCT 11 2016

JUDIT ANGYALNE KISS

### OATH

I, _Douglas Bailin_, whose mailing address is _9870 West Red Coral Ave LVNV 89125_, solemnly affirm that I will faithfully perform according to law the duties of Special Administrator and that all matters stated in any petition or paper filed with the Court by me are true of my own knowledge or, if any matters are stated on information and belief, I believe them to be true.

_____
ADMINISTRATOR

SUBSCRIBED AND AFFIRMED before me this ____ day of _____, 20__ OCT 11 2016

CLERK OF COURT
By: _____
    Deputy Clerk

(OR) _____
NOTARY PUBLIC

County of _____ State of _____

RECEIVED OCT 11 2016 CLERK OF THE COURT