1  WRIGHT, FINLAY & ZAK, LLP
   Dana Jonathon Nitz, Esq.
2  Nevada Bar No. 0050
   Natalie C. Lehman, Esq.
3  Nevada Bar No. 12995
   7785 W. Sahara Avenue, Suite 200
4  Las Vegas, Nevada 89117
5  (702) 475-7964; Fax: (702) 946-1345
   dnitz@wrightlegal.net
6  *Attorneys for Defendant, Select Portfolio Servicing, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BEATRICE BAILIN, an individual, | Case No.: 2:14-cv-00678-GMN-PAL |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| SELECT PORTFOLIO SERVICING, INC., a Utah Corporation, | |
| Defendants. | |

Defendant, Select Portfolio Servicing, Inc. ("Defendant"), by and through its attorneys of record, Dana Jonathon Nitz, Esq., and Natalie C. Lehman, Esq., of the law firm WRIGHT FINLAY & ZAK, LLP, and Plaintiff, Beatrice Bailin ("Plaintiff"), by and through her attorney of records, Mark J. Bourassa, Esq. and Trent L. Richards, Esq., of the BOURASSA LAW GROUP, LLC, and do hereby file the within Stipulation and allege and aver as follows:

WHEREAS, the Plaintiff filed her Amended Complaint on April 6, 2015 in the in this action;

WHEREAS, the Complaint alleges causes of action against the Defendant for violation of the federal Fair Debt Collection Practices Act and the Nevada Deceptive Trade Practices Act;

WHEREAS, this Court entered an Order dismissing the claim arising under the Nevada Deceptive Trade Practices Act;

WHEREAS, the parties have come to an agreement regarding the dispute and have executed a Settlement Agreement;

WHEREAS, on October 7, 2016, Douglas C. Bailin was appointed the Special Administrator of the Estate of Beatrice Bailin, duly authorized for the sole purpose of entering into the above referenced Settlement Agreement. See Order and Special Letters of Administration attached hereto as Exhibit 1;

NOW WHEREFORE, in resolution of the Amended Complaint,

IT IS HEREBY STIPULATED AND AGREED that the Amended Complaint is dismissed with prejudice as to Defendant, with each party to bear their own fees/costs.

| WRIGHT, FINLAY & ZAK, LLP | THE BOURASSA LAW GROUP, LLC |
|---|---|
| /s/ Natalie C. Lehman | /s/ |
| Dana Jonathon Nitz, Esq.<br>Nevada Bar No. 0050<br>Natalie C. Lehman, Esq.<br>Nevada Bar No. 12995<br>7785 W. Sahara Avenue, Suite 200<br>Las Vegas, Nevada 89117<br>*Attorneys for Defendant, Select Portfolio Servicing, Inc.* | Mark J. Bourassa, Esq.<br>Nevada Bar No. 7999<br>Trent L. Richards, Esq.<br>Nevada Bar No. 11448<br>8668 Spring Mountain Road, Suite 101<br>Las Vegas, Nevada 89117<br>*Attorneys for Beatrice Bailin and Douglas C. Bailin, Special Administrator* |

IT IS SO STIPULATED AND AGREED.

### ORDER

**Based on the above and good cause appearing, IT IS SO ORDERED.**

Dated this __26__ day of October, 2016.

The Clerk of Court is instructed to close the case.

_____
Gloria M. Navarro, Chief Judge
United States District Judge